Sandel Medical Industries LLC - Submit An Issue

Page 1 of 2







## Submit Issue

Home
News/Events
Products/Services
Helpful Links
How to Order

Have a Sales Rep
Contact Me

Distributors and GPO
Contracts

About Us
  The Team
  Our Mission
  Contact Us

Submit Issue
My Issues
My Profile
My Messages
Log Out

SMI wants to provide nurses with a system to express their opinions on the Issues, Needs, Concerns, Problems, Challenges and Opportunities that they encounter daily.

Please use the fields provided to communicate your Issue(s) to us.

We value your Knowledge and Experience and we are here for you.

**Describe your issue** (an issue can be something you would like to see changed or improved upon in your work environment. For example, an issue may be "I have a difficult time finding suture needles if they fall on the floor during surgery.")

```
Poor compliance with TIME OUT being done on every procedure.
Staff don't remember to stop and perform TIME OUT prior to cut
```

**What problem does your issue address?**

```
JACHO requirment/ compliance for TIME OUT prior to start of
procedure.
```

**Are there products currently available that address your issue and why are they not working?**

```
Yes,  your company has a time out marking pen...it is not
working because the patient is most often marked preop.  The
JACHO requirment states that a TIME OUT be performed prior to
start of procedure by all members of the surgical team intraop.
If the pen is not used, the TIME OUT is not being remembered or
```

**What procedures does your issue address?** (i.e., Ortho, eyes).

```
All procedures/ All Hospitals
```

**Please provide us with a brief description of your solution.**

```
I propose an 8 1/2 x 11 ORANGE SHEET of paper that has in LARGE
BOLD PRINT "TIME OUT".  This sheet would have an adhesive on the
back and it could be adhered to whatever draping the Surgeon
will be using.  After the Surgeon is gowned and gloved the Tech
always hands the drape to the surgeon, this ORANGE sheet will be
```

Sandel Medical Industries LLC - Submit An Issue

**Please be as specific as possible.** For example, "How about a magnetic sweeper, kind of like an old fashioned push sweeper but with magnets on the rollers instead of brooms."

# Confidentiality / Non-Disclosure AGREEMENT

To the best of my knowledge:
The submission described above is my own idea.

I have not yet sold, offered for sale, or licensed my submission, and have not revealed my Idea to anyone, except for :

| My Director |

I do not give any rights in my submission to Sandel Medical Industries L.L.C (SMI). Any rights in my submission may be given to SMI only in a future agreement between SMI and myself.

I agree not to reveal my submission (verbally or in writing) to anyone other than SMI, for one year from the date of this agreemet.

SMI agrees no to use, sell, or disclose to others, any of the submitter's information provided above. SMI accepts this submission only for evaluation. SMI and submitter shall have no further obligations to each other, unless a seperate agreement is entered into.

● I Agree          ● I Disagree

Click here to submit.  Submit

Copyright © 2002-2003 Sandel Medical Industries LLC. All Rights Reserved.
Report problems to webmaster@sandelmedical.com

EXHIBIT A