FROM                                                                                            (WED)NOV  4 2009 16:13/ST. 16:09/No. 6870027501 P 30

Sandel Medical Industries LLC - Issue Confirmation                                         Page 1 of 1







Home
News/Events
Products/Services
Helpful Links
How to Order

Have a Sales Rep
Contact Me

Distributors and GPO
Contracts

About Us
 The Team
 Our Mission
 Contact Us

Submit Issue
My Issues
My Profile
My Messages
Log Out

## Issue Confirmation

Thank you for submitting your Issue(s) to Sandel Medical Industries, L.L.C. (SMI). We very much appreciate your interest and concern in taking the time to communicate with us. If in submitting your Issue(s) you also want to recommend a Solution, please use the field provided to describe what that Solution would be. We value your Ideas greatly and thank you for your Submissions.

**CONGRATULATIONS! YOUR SOLUTION TRACKING NUMBER IS # 60722**

YOUR ISSUE: "Poor compliance with TIME OUT being done on every procedure. Staff don't remember to stop and perform TIME OUT prior to cut "

YOUR SOLUTION: "I propose an 8 1/2 x 11 ORANGE SHEET of paper that has in LARGE BOLD PRINT "TIME OUT". This sheet would have an adhesive on the back and it could be adhered to whatever draping the Surgeon will be using. After the Surgeon is gowned and gloved the Tech always hands the drape to the surgeon, this ORANGE sheet will be adhered to the drape and draw attention to the matter of performing the TIME OUT not only to the Tech but to the SURGEON as well. The TIME OUT can then be performed prior to draping and the beginning of the procedure as per JACHO standard and ensure 100% compliance."

To track the status  Click Here

Copyright © 2002-2003 Sandel Medical Industries LLC. All Rights Reserved.
Report problems to webmaster@sandelmedical.com

http://www.sandelmedical.com/tracker/solution_confirm.aspx?IssueID=60722                    2/17/2006

EXHIBIT C