Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 2,966,022
Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# TIME OUT

SANDEL MEDICAL INDUSTRIES L.L.C. (DELAWARE LIMITED LIABILITY CORPORATION)
9540 DESOTO AVENUE
CHATSWORTH, CA 91311

FOR: REUSABLE AND DISPOSABLE TOOLS, APPLIANCES AND ACCESSORIES USED IN AN OPERATING ROOM DURING SURGICAL PROCEDURES, NAMELY, SKIN MARKERS FOR SURGICAL USE AND PAPER-BASED SLEEVES FOR USE WITH SURGICAL SCALPELS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 2-26-2004; IN COMMERCE 2-26-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 76-580,838, FILED 3-15-2004.

ROBERT LORENZO, EXAMINING ATTORNEY

EXHIBIT D